No. 423, Misc. CORVINO *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 424, Misc. LAWRENCE *v.* EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 426, Misc. EPHRAIM *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 427, Misc. SIMPSON *v.* NYGAARD, WARDEN. Supreme Court of North Dakota. Certiorari denied.

No. 428, Misc. McGUIRE *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 429, Misc. KUNKLE *v.* CLAUDY, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 430, Misc. DARRIN *v.* CAPITAL TRANSIT Co. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Edwin A. Swingle* for respondent.

No. 442, Misc. DRAPER *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *J. Paul Brennan* for petitioner.

No. 432, Misc. DE SANTIS *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Frank A. Gulotta* and *Philip Huntington* for respondent.